

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Action No. **3:03CR195**

**ALEJANDRO REYES**

### MEMORANDUM OPINION

By Memorandum Opinion and Order entered on February 9, 2006, the Court denied a 28 U.S.C. § 2255 motion filed by Alejandro Reyes. (ECF Nos. 361, 362.) On June 16, 2016, the Court received another 28 U.S.C. § 2255 motion from Reyes ("June 16, 2016 § 2255 Motion," ECF No. 482).

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of the district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996) (internal quotation marks omitted). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). The Court has not received authorization from the United States Court of Appeals for the Fourth Circuit to entertain Reyes's June 16, 2016 § 2255 Motion. Accordingly, June 16, 2016 § 2255 Motion (ECF No. 482) will be dismissed for want of jurisdiction. The Court will deny a certificate of appealability.

The Clerk will be directed to transmit Reyes's Motion for Authorization to File § 2255 Motion (ECF No. 480), Motion under 28 U.S.C. § 2244 (ECF No. 481), and June 16, 2016 § 2255 Motion (ECF No. 482), to the United States Court of Appeals for the Fourth Circuit. An appropriate Final Order will accompany this Memorandum Opinion.

Date: July 7, 2016
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge